IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**In re:**

| | |
|---|---|
| **JONATHAN R. THORNE and** | **BANKRUPTCY CASE:** |
| **DARLENE S. THORNE, Debtors** | **09-11763-DWH** |
| | **CHAPTER 13** |

================================================================

**JONATHAN R. THORNE and**
**DARLENE S. THORNE, Debtors**
**LOCKE BARKLEY, Chapter 13 Trustee for the Northern**
**District of Mississippi**

　　　　　Plaintiffs,

vs.　　　　　　　　　　　　　　Adversary Proceeding Number:

　　　　　　　　　　　　　　　　10-01172-DWH

**PROMMIS SOLUTIONS HOLDING CORPORATION,**
**GREAT HILL PARTNERS, LLC**
**MORRIS, SCHNEIDER AND PRIOR, now known as**
**JOHNSON & FREEDMAN,**
**LENDER PROCESSING SERVICES, INC.,**
**LPS DEFAULT SOLUTIONS, LLC**

　　　　　Defendants,

================================================================

**STATEMENT OF PROFESSIONAL PURSUANT TO RULE 2014**

COMES NOW, D.W. Grimsley, Jr., and would represent unto the Court, under penalty of

perjury**:**

THAT he has no connection with the Debtor(s), creditors, or any other party in interest, their respective accountants and attorneys, the United States Trustee or any person employed in the office of the United States Trustee in the captioned case and that he has no interest which would be in conflict with the Trustee in the captioned matter.

Done and Filed this 11th day of October 2010.

/s/ *D.W. Grimsley, Jr.*
D.W. Grimsley, Jr., Esq.
P.O. Box 130836
Birmingham, Al. 35213
205-581-0900
Pro Hac Vice pending